IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
FEB 07 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY_____,DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| -vs- | ) No. CR-23-048 G |
| ANDREW TYLER STACY, | ) Violation: 18 U.S.C. § 922(a)(6) |
| Defendant. | ) |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
### (False Statement During the Attempted Purchase of a Firearm)

On or about December 23, 2022, in the Western District of Oklahoma, **ANDREW TYLER STACY**, in connection with the attempted acquisition of a firearm, specifically: an Istanbul/Winchester BACO 12-gauge shotgun, bearing serial number WITK33973YMSXP, from Heather's Pawn Loans, a federally licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to Heather's Pawn Loans, which was intended to and likely to deceive Heather's Pawn Loans as to a fact material to the lawfulness of such sale of the firearm to **ANDREW TYLER STACY**. In particular, **ANDREW TYLER STACY** completed and executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, and in doing so falsely

represented that he was not under indictment or information in any court for a felony, when in fact **ANDREW TYLER STACY** had been charged by information with a felony in Logan County District Court case number CF-2021-103 at the time he completed the Form 4473.

All in violation of Title 18, United States Code, Section 922(a)(6), the penalty for which is found at Title 18, United States Code, Section 924(a)(2).

A TRUE BILL:

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

CHELSIE A. PRATT
Assistant United States Attorney