### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CR-23-0048-G |
| ANDREW TYLER STACY, | ) ) ) |
| Defendant. | ) |

## ORDER

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 14). The Government represents that based on new information, it believes the interests of justice weigh in favor of dismissal of this action. *See id.* at 1-2. Defendant Andrew Tyler Stacy has filed a Response (Doc. No. 15) stating that he does not oppose dismissal.

Having considered the Motion, the Court finds that dismissal is in the public interest and that the Motion (Doc. No. 14) should be and is hereby GRANTED. *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 1) filed on February 7, 2023, charging Defendant Andrew Tyler Stacy with violation of Title 18, United States Code, Section 922(a)(6) is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 3rd day of April, 2023.

_____
CHARLES B. GOODWIN
United States District Judge